IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE THOMAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KIMPTON HOTEL & RESTAURANT GROUP, LLC,<br><br>　　　　Defendant. | Case No. 19-cv-01860-MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; CONTINUING HEARING** |

　　　　Before the Court is plaintiffs' Motion for Extension of Deadline to File Motion for Class Certification, filed August 4, 2021, by which plaintiffs seek a 45-day extension of the existing deadline. On today's date, defendant filed timely opposition. See Civil L.R. 6-3(b) (providing opposition to motion to change time shall be filed "no later than 4 days after receiving the motion").

　　　　Having read and considered the parties' respective written submissions, and finding good cause exists for the requested extension, the Motion for Extension is hereby GRANTED. Accordingly, the deadline to file a motion for class certification is hereby EXTENDED to September 20, 2021.

　　　　In light thereof, the deadline for defendant to file its opposition to the motion for class certification is EXTENDED to October 18, 2021, the deadline for plaintiffs to file their reply is EXTENDED to November 8, 2021, and the hearing is CONTINUED to December 3, 2021, at 9:00 a.m.

　　　　**IT IS SO ORDERED.**

Dated: August 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge