UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE THOMAS, et al., <br><br> Plaintiffs, <br> v. <br><br> KIMPTON HOTEL & RESTAURANT GROUP, LLC, <br><br> Defendant. | Case No.: 3:19-cv-01860-MMC <br><br> *Hon. Maxine M. Chesney, Courtroom 7* <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] **ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court having reviewed the Parties' Stipulation of Dismissal with Prejudice, the paper and pleadings filed herein, and for good cause appearing, orders as follows:

**IT IS HEREBY ORDERED** that, pursuant to the Parties' stipulation, all claims by Plaintiffs against Defendant shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IF FURTHER ORDERED** that Plaintiffs and Defendant shall bear their own respective attorneys' fees and costs in this action.

**IT IS SO ORDERED**.

Dated: May 26, 2023

U.S. DISTRICT COURT JUDGE
HON. MAXINE M. CHESNEY